1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                         NORTHERN DISTRICT OF CALIFORNIA

10

11    GARY FRANCIS FISHER,                    Case No.  13-cv-05010-WHO (PR)

            Plaintiff,

12
            v.                                **ORDER OF TRANSFER**

13

14    MCGEE, et al.,

            Defendants.

15

16

17        Plaintiff's claims arise from the convictions he suffered in the Ventura County

18    Superior Court, which lies in the Central District of California.  Accordingly, this federal

19    civil rights action is hereby TRANSFERRED to the Central District of California, wherein

20    venue properly lies because a substantial part of the events or omissions giving rise to the

21    claims occurred, and the defendants named reside, in that district.  *See* 28 U.S.C. §§ 84(c),

22    1391(b), and 1406(a).  The Clerk shall transfer this action forthwith.

23        **IT IS SO ORDERED.**

24    **Dated:**  October 29, 2013

25                                            _____

26                                            WILLIAM H. ORRICK
                                              United States District Judge

27

28

*United States District Court*
*Northern District of California*

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA


GARY T. FISHER,

          Plaintiff,

  v.

MCGEE ET AL et al,

          Defendant.

_____/

Case Number: CV13-05010 WHO

**CERTIFICATE OF SERVICE**


I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 29, 2013, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person hereinafter listed, by depositing said envelope in the U.S. Mail.


Gary Francis Fisher F85263
Pelican Bay State Prison
P.O. Box 7500 B-1-115
Crescent City, CA 95532


Dated: October 29, 2013

Richard W. Wieking, Clerk
By: Jean Davis, Deputy Clerk